TURNER v. APPLEBY. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by Randolph Turner against Charles E. Appleby. No opinion. Motion denied, with $10 costs. Order filed. See, also, 126 N. Y. Supp. 1148.

ULMER, Respondent, v. AMERICAN LOCOMOTIVE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1910.) Action by Frank Ulmer against the American Locomotive Company. No opinion. Order affirmed, with $10 costs and disbursements.

UNDERHILL, Respondent, v. NATIONAL EXHIBITION CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Joseph C. Underhill against the National Exhibition Company. No opinion. Judgment and order unanimously affirmed, with costs.

UNITED STATES FIDELITY & GUARANTY CO., Respondent, v. TWELFTH WARD BANK OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by the United States Fidelity & Guaranty Company against the Twelfth Ward Bank of New York. A. W. Ashburn, for appellant. S. Bowman, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

VAN ALSTINE, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by William H. Van Alstine against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon the ground that the finding of the jury that the plaintiff was free from contributory negligence is contrary to and against the weight of the evidence.

McLENNAN, P. J., and KRUSE, J., dissent, and vote for affirmance.

In re VAN ALSTYNE et al. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) In the matter of the judicial settlement of the account of proceedings of Laura L. Van Alstyne and another, as executors of the last will and testament of Thomas J. Van Alstyne, deceased.

PER CURIAM. Motion denied with $10 costs, with privilege to renew upon payment of such costs, upon affidavits showing that proper exceptions taken by the respondent do not appear in the record; the affidavits to show the questions, objections, and rulings which it is claimed were omitted from the record. See, also, 126 N. Y. Supp. 1078.

VARRONE, Respondent, v. SCHROEDER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Crescent L. Varrone against Anton Schroeder. No opinion. Judgment of the Municipal Court affirmed, with costs.

VERMILLIA v. STODDARD et al. (Supreme Court, Appellate Division, Third Department. December 9, 1910.) Action by Mary Vermillia against Seneca R. Stoddard and Emily Stoddard his wife, Glens Falls Publishing Company, and Seneca R. Stoddard and others, as executors and trustees under the will of Helen A. Stoddard, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

VERVAEKE et al. v. FARGO. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Action by Victor Vervaeke and another against James C. Fargo, as president, etc.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.

McLENNAN, P. J., dissents.

VILLAGE OF HAVERSTRAW, Respondent, v. ECKERSON et al., Appellants (WARREN AVENUE AND JEFFERSON STREET CASES). Supreme Court, Appellate Division, Second Department. December 2, 1910.) Actions by the Village of Haverstraw against J. Esler Eckerson and others. No opinion. Motions granted. See, also, 124 N. Y. Supp. 927, 109 N. Y. Supp. 1149; 137 App. Div. 903, 122 N. Y. Supp. 1148.

VOIGHTMAN et al., Respondents, v. DE JONGE, Appellant. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Frank Voightman and another against Annie De Jonge. G. B. Hayes, for appellant. W. F. Earp, for respondents. No opinion. Order affirmed, with costs. Order filed.

VON RODENSTEIN v. NOBLE et al. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Action by Herrmann G. Von Rodenstein against Herbert W. Noble and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 1149.

WADING RIVER REALTY CO., Appellant, v. LOPER, Respondent. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by the Wading River Realty Company against Gilbert E. Loper. E. L. Kalish, for appellant. P. Armitage, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed. See, also, 132 App. Div. 927, 117 N. Y. Supp. 1149; 125 N. Y. Supp. 1149.

WALLACE et al. v. BOUVIER et al. SAME v. ST. THOMAS' CHURCH. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Actions by Francis L. Wallace and another against Michael C. Bouvier and others, and against St. Thomas' Church. No opinions. Motions granted, unless appellants comply with terms stated in orders. Orders filed. See, also, 126 N. Y. Supp. 440.